Kathleen Barnett Einhorn, Esq. (keinhorn@genovaburns.com)
Rajiv D. Parikh, Esq. (rparikh@genovaburns.com)
**GENOVA, BURNS & GIANTOMASI**
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112

Attorneys for Defendants,
Brett Saevitzon and
Spot On Direct Response, LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., a New Jersey Corporation,<br><br>Plaintiff,<br>v.<br>BRETT SAEVITZON; ALL THE J'S, LLC; SPOT ON DIRECT RESPONSE, LLC; D R PRODUCT GROUP; PAUL VON MOHR; INTERACTIVE GROUP LLC; PREXIO TOYS LTD.; and INFOMERCIALS, INC.,<br><br>Defendants. | Civil Action No: 11-7548(WJM)(MF)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*(Motion Returnable: February 6, 2012)*<br><br>*(Document Electronically Filed)* |

TO:   Michael G. Langan, Esq.
      Hartmann Doherty Rosa Berman & Bulbulia, LLC
      65 Route 4 East
      River Edge, New Jersey 07661

      Donald A. Beshada, Esq.
      Beshada & Farnese, LLP
      108 Wanaque Avenue
      Pompton Lakes, New Jersey 07442

      Attorneys for Plaintiff,
      IdeaVillage Products Corporation

479329 (3067.001)

PLEASE TAKE NOTICE, that on February 6, 2012 at 9:00 a.m., the undersigned attorneys for Defendants Brett Saevitzon ("Saevitzon") and Spot On Direct Response, LLC ("Spot On") will move before the Honorable William J. Martini, U.S.D.J., for an Order dismissing Plaintiff IdeaVillage Product Corporation's ("Plainitiff") Verified Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support thereof, the undersigned shall rely upon Brief in Support Defendants Brett Saevitzon and Spot On Direct Response, LLC's Motion to Dismiss Plaintiff's Verified Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)., submitted herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

                                        **GENOVA, BURNS & GIANTOMASI**
                                        Attorneys for Defendants,
                                        Brett Saevitzon and
                                        Spot On Direct Response, LLC


By:    s/Rajiv D. Parikh
          RAJIV D. PARIKH

Dated: December 30, 2011

479329-1

## CERTIFICATION OF SERVICE

I hereby certify that on this date a true copy of the within Notice of Motion and all supporting papers were served on Defendants via CM/ECF.

                                                    s/ Rajiv D. Parikh
                                                    RAJIV D. PARIKH

Dated: December 30, 2011

479329-1