**HARTMANN DOHERTY**
**ROSA BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, New Jersey 07661
(201) 441-9056

**BESHADA FARNESE LLP**
108 Wanaque Avenue
Pompton Lakes, New Jersey 07442
(973) 831-9910

*Attorneys for Plaintiff*
*IdeaVillage Products Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT SAEVITZON; ALL THE J'S LLC; SPOT ON DIRECT RESPONSE, LLC; D R PRODUCT GROUP, LLC; PAUL VON MOHR; INTERACTIVE GROUP LLC; PREXIO TOYS LTD. and INFOMERCIALS, INC.;<br><br>Defendants. | Civil Action No.: 11-7548(WJM)(MF)<br><br>**NOTICE OF MOTION TO REMAND**<br><br>*(Motion Returnable: February 6, 2012 or on an earlier date as may be determined by the Court)*<br><br>*(Document Electronically Filed)* |

TO: Andrew R. Bronsnick, Esq.          Kathleen Barnett Einhorn, Esq.
    Massood & Bronsnick, LLP            Rajiv D. Parikh, Esq.
    50 Packanack Lake Road East         Genova, Burns & Giantomasi
    Wayne, New Jersey                   494 Broad Street
                                        Newark, New Jersey 07102

    Attorneys for Defendant             Attorneys for Defendants,
    Paul von Mohr                       Brett Saevitzon and Spot On
                                        Direct Response, LLC

**PLEASE TAKE NOTICE** that on February 6, 2012, at a time to be determined by the Court, the undersigned counsel for Plaintiff IdeaVillage Products Corp. ("IDV") will move before the Honorable William J. Martini, U.S.D.J., remanding this action to the Superior Court of New Jersey, Chancery Division, Passaic County, from where it was removed by Defendant Paul von Mohr.

**PLEASE TAKE FURTHER NOTICE** that in support thereof, the undersigned shall rely upon Brief in Support of Plaintiff's Motion to Remand, the Declaration of Donald A. Beshada and the Exhibits attached thereto, and all other pleadings and papers of record in this matter.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests that this matter be heard on an expedited basis.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1447(c), Plaintiff reserves the right to seek attorneys' fees and costs if opposition to the motion is filed by Defendants.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**HARTMANN DOHERTY
ROSA BERMAN & BULBULIA, LLC**


/s/Michael G. Langan
   MICHAEL G. LANGAN


**BESHADA FARNESE LLP**


/s/Donald A. Beshada
  DONALD A. BESHADA

Dated: January 3, 2011

Attorneys for Plaintiff
IdeaVillage Products Corp.

## CERTIFICATION OF SERVICE

I hereby certify that on this date a true copy of the within Notice of Motion and all supporting papers were served on counsel for Defendants via CM/ECF.

/s/Michael G. Langan
MICHAEL G. LANGAN

Dated: January 3, 2011