

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

January 20, 2012

**VIA ECF & UPS OVERNIGHT**

Clerk
United States District Court, District of New Jersey
Martin Luther King, Jr.
    Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>   Re:   **IdeaVillage Products Corp. v. Saevitzon et al.**
>         **Docket No.: PAS-C-117-11**
>         **Civil Action No.: 11-CV 7548**

Dear Sir/Madam:

This office is co-counsel to IdeaVillage Products Corporation ("IDV"). There are currently two (2) Motions to Dismiss filed by Defendants Brett Saevitzon and Spot On Direct Response, LLC and Defendant All the J's, LLC, respectively, returnable before the Hon. William J. Martini on February 6, 2012.

IDV requests pursuant to L.Civ.R. 7.1(d)(5) that the motions be adjourned to **February 21, 2012.**

Thank you for your attention to this matter.

> Respectfully submitted,
>
> /s/Michael G. Langan
>
> MICHAEL G. LANGAN

cc:   Hon. William J. Martini, U.S.D.J.
      Hon. Mark Falk, U.S.M.J.
      All Counsel of Record (via ECF Delivery)